■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM O. HAYES, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Richmond County (Lentol, J.), rendered August 5, 1977, convicting him of criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious grounds which could be raised upon appeal. Counsel is granted leave to withdraw as counsel. (See *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606.) Mollen, P. J., Damiani, Mangano and Gulotta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROY J., Appellant. — Appeal by defendant from a judgment of the Supreme Court, Queens County (Agresta, J.), rendered October 17, 1979, adjudicating him a youthful offender upon his plea of guilty of attempted robbery in the third degree, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised upon appeal. Counsel's application for leave to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606.) Titone, J. P., Thompson, Bracken and Rubin, JJ., concur.